June 26, 2002

**NOTICE**

RE:   SHERRI SHEER v. ALLIED DIGITAL SOLUTIONS.- 02-2719

     Judge Davis has scheduled the above-referenced case for a **Rule 16 conference** in his chambers, **Room 5918**, on <u>**Monday, July 1, 2002 at 10:30 a.m.**</u>

     Counsel are directed to complete the enclosed copy of the Conference Information Report.  Please mail or fax the completed Conference Information Report such that it arrives in Judge Davis' Chambers at least three business days prior to the Rule 16 Conference.  Further, counsel are expected to present a completed joint discovery plan pursuant to Federal Rule of Civil Procedure 26 (F).

     At the close of the conference, you will receive an Order from Judge Davis that will list firm dates for the completion of discovery, other pretrial submissions and the trial, if a trial is required.

                                                           Very truly yours,

                                                           Jessica Johnson-Whitfield
                                                           Deputy Clerk to
                                                            Hon. Legrome D. Davis
                                                           (267)299-7651