IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHERRI SHEER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| APPLIED DIGITAL SOLUTIONS, INC., | : | NO. 02-CV-2719 |
| F/K/A APPLIED CELLULAR TECHNOLOGY, | | |
| UNIVERSAL COMMODITIES CORPORATION, | | |
| MICHAEL KRAWITZ, INDIVIDUALLY, AND | | |
| JOHN DOES 1 THROUGH 10 | | |

**O R D E R**

AND NOW, this _____ day of July, 2002, it is hereby **ORDERED** that discovery in the above-captioned case shall be completed by December 2, 2002.

It is further **ORDERED** that all motions for summary judgment be filed by January 1, 2003.

It is further **ORDERED** that trial in the above-captioned case commence on February 3, 2003, or as soon thereafter as the parties may be heard.

A settlement conference will be scheduled upon request of the parties.

_____
Legrome D. Davis, Judge

civil-o.frm (9/97)