IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHERRI SHEER : | |
| : | CIVIL ACTION |
| Plaintiff, : | |
| v. : | Docket No. 02-CV-02719 |
| : | |
| APPLIED DIGITAL SOLUTIONS, INC., : | |
| f/k/a APPLIED CELLULAR : | |
| TECHNOLOGY, INC., INTELLESALE, : | |
| INC., F/K/A UNIVERSAL COMMODITIES : | |
| CORPORATION, MICHAEL KRAWITZ, : | |
| Individually, AND JOHN DOES : | |
| 1 THROUGH 10 : | |
| : | |
| Defendants. : | |
| APPLIED DIGITAL SOLUTIONS, INC. : | |
| and INTELLESALE, INC. : | |
| : | |
| Third-Party Plaintiffs : | |
| v. : | |
| : | |
| MARC SHERMAN, : | |
| : | |
| Third-Party Defendant. : | |

**ACKNOWLEDGMENT OF SERVICE AND**
**ENTRY OF APPEARANCE FOR MARC SHERMAN**

  PLEASE TAKE NOTICE that Third-Party Defendant Marc Sherman hereby appears in this Action by undersigned counsel; acknowledges service of the Third-Party Summons and Complaint upon him as of July 17, 2002; and requests service upon him through undersigned counsel of all pleadings, and Court Orders and Notices in this Action.

> Yours,
>
> **SPECTOR GADON & ROSEN, P.C.**
>
>
> By:_____
>       Paul R. Rosen, Esquire
>       David B. Picker, Esquire
> 1635 Market Street - 7th Floor
> Philadelphia, PA  19103
> (215) 241-8888 / FAX:  (215) 241-8844
> Attorneys for Third-Party Defendant
> Marc Sherman

F:\27550\004\plead\EntryAppear.wpd

## CERTIFICATE OF SERVICE

David B. Picker hereby certifies that I am not a party to this action, that I am over the age of 18 years, and that on this **26**[th] day of **July**, **2002**, I caused a true and correct copy of the foregoing Acknowledgment of Service and Entry of Appearance For Marc Sherman upon Plaintiff and the Defendant and Third-Party Plaintiff's counsel, by postage-prepaid United States Mail, as follows:

        Richard Kwasny, Esquire
        Kwasny Reilly & Michael, P.C.
        53 S. Main Street
        Yardley, PA 19067
        (Attorney for Plaintiff)

        Rona Zucker Kaplan, Esquire
        Cooper Perskie April Niedelman Wagenheim & Levenson
        1125 Atlantic Avenue, 3rd Floor
        P.O. Box 1125
        Atlantic City, NJ  08404-1125
        (Attorney for Defendant and Third-Party Plaintiff)

Dated: July 26, 2002

                                              David B. Picker