## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SHERRI SHEER** : | |
| : | CIVIL ACTION |
| Plaintiff, : | |
| v. : | **Docket No. 02-CV-02719** |
| : | |
| **APPLIED DIGITAL SOLUTIONS, INC.**, : | |
| f/k/a **APPLIED CELLULAR** : | |
| **TECHNOLOGY, INC.**, **INTELLESALE**, : | |
| **INC.**, f/k/a **UNIVERSAL COMMODITIES** : | |
| **CORPORATION**, **MICHAEL KRAWITZ**, : | |
| *et al.* : | |
| Defendants. : | |
| **APPLIED DIGITAL SOLUTIONS, INC.** : | |
| and **INTELLESALE, INC.** : | |
| : | |
| Third-Party Plaintiffs : | |
| v. : | |
| : | |
| **MARC SHERMAN**, : | |
| : | ORAL ARGUMENT REQUESTED |
| Third-Party Defendant. : | |

### MOTION OF THIRD-PARTY DEFENDANT MARC SHERMAN
### TO DISMISS THIRD-PARTY COMPLAINT

Third-Party Defendant Marc Sherman hereby moves this Court for an Order, pursuant to F.R.Civ.P. 12(b)(6), 14(a), and 9(b), dismissing the Third-Party Complaint against him for improper pleading and failure to state a claim upon which relief can be granted. The relevant facts and legal grounds for this Motion are set forth in the attached Memorandum of Law, and the Third-Party Complaint served upon Mr. Sherman and attached thereto.

ORAL ARGUMENT OF THIS MOTION IS RESPECTFULLY REQUESTED.

                              Respectfully submitted,

                              **SPECTOR GADON & ROSEN, P.C.**

Dated: August 6, 2002

                              By:_____
                                  Paul R. Rosen, Esquire
                                  David B. Picker, Esquire
                              1635 Market Street - 7th Floor
                              Philadelphia, PA  19103
                              (215) 241-8888 / FAX:  (215) 241-8844
                              Attorneys for Third-Party Defendant
                              Marc Sherman

F:\27550\004\plead\DismissMot.wpd

## CERTIFICATE OF SERVICE

David B. Picker hereby certifies that I am not a party to this action, that I am over the age of 18 years, and that on this **6th** day of **August**, **2002**, I caused a true and correct copy of the foregoing Motion to Dismiss Third-Party Complaint upon Plaintiff's and the Defendants' and Third-Party Plaintiffs' counsel, by postage-prepaid United States Mail, as follows:

>Richard Kwasny, Esquire
>Kwasny Reilly & Michael, P.C.
>53 S. Main Street
>Yardley, PA 19067
>(Attorney for Plaintiff)

>Rona Zucker Kaplan, Esquire
>Cooper Perskie April Niedelman Wagenheim & Levenson
>1125 Atlantic Avenue, 3rd Floor
>P.O. Box 1125
>Atlantic City, NJ 08404-1125
>(Attorney for Defendant and Third-Party Plaintiff)

Dated: August 6, 2002

                                    David B. Picker