IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHERRI SHEER | : | CIVIL ACTION |
|    Plaintiff | : | |
|       v. | : | |
| | : | |
| | : | NO. 02-cv-02719 |
| APPLIED DIGITAL SOLUTIONS, INC. f/k/a APPLIED CELLULAR TECHNOLOGY, INC., INTELLESALE, INC., f/k/a UNIVERSAL COMMODITIES CORPORATION, MICHAEL KRAWITZ, *et al.* | | |
|    Defendants. | | |

**O R D E R**

AND NOW, this      day of August, 2002, it is hereby **ORDERED** that oral argument upon the Third Party defendant, Mark Sherman's Motion to Dismiss the Third Party Complaint is scheduled before the Honorable Legrome D. Davis for Tuesday, October 1, 2002 at 10:30 a.m. Responses to the motion shall be filed on or before September 13, 2002. Counsel are advised to contact the Judge's chambers on Friday, September 26, 2002 for the courtroom assignment.

_____
Legrome D. Davis, Judge

civil-o.frm (9/97)