IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHERRI SHEER | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 02-CV-2719 |
| | : | |
| APPLIED DIGITAL SOLUTIONS, INC., et al., | : | |
| Defendant. | : | |

## **ORDER**

AND NOW, this      day of January, 2003, it is hereby **ORDERED** that the tentative February 3, 2003 trial date, pursuant to the Honorable Legrome D. Davis's July 15, 2002 order, is hereby **CANCELLED** and the matter shall continue as scheduled with the final pretrial conference held on **Tuesday, February 25, 2003 at 9:30 a.m.** in Room 5918.

BY THE COURT:

_____
Legrome D. Davis, U.S.D.J.