IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SHERRI SHEER
        Plaintiff,        :        CIVIL ACTION
                              :
        v.                          :
                              :
APPLIED DIGITAL SOLUTIONS
        Defendant.       :        NO. 02-cv-2719

## O R D E R

AND NOW, this     day of January, 2003, IT IS HEREBY **ORDERED** that:

1)     The **CLERK OF THE COURT** shall **REFER** this matter to the Honorable Diane M. Welsh, United States Magistrate Judge, for a settlement conference. The date and time of the settlement conference shall be set by Judge Welsh.

                                              **BY THE COURT**:

                                              Legrome D. Davis, Judge

civil-o.frm (9/97)