IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHERRI SHEER, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 02-CV-2719 |
| | : | |
| APPLIED DIGITAL SOLUTIONS, INC., et al., | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this       day of February, 2003, it is hereby **ORDERED** that the parties' proposed Consent Order, extending the discovery deadline to May 5, 2003, is **DENIED.** Furthermore, if the parties feel that a settlement conference would no longer be fruitful, this court will promptly reschedule a final pretrial conference.

BY THE COURT:

_____
Legrome D. Davis, U.S.D.J.