IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHERRI SHEER, | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | |
| v. | : | NO. 02-CV-2719 |
| | : | |
| APPLIED DIGITAL SOLUTIONS, INC., et al., | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this      day of February, 2003, it is hereby **ORDERED** that this Court's Order, (Document No. 22, filed February 5, 2003), denying the proposed Consent Order to extend the discovery deadline to May 5, 2003, is hereby **VACATED.** The parties should advise this Court if it is evident that the scheduled settlement conference before the Honorable Diane Welsh would no longer be fruitful.

BY THE COURT:

_____
Legrome D. Davis, U.S.D.J.