IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHERRI SHEER | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | |
| v. | : | NO. 02-cv-2719 |
| | : | |
| ALLIED DIGITAL SOLUTIONS, INC. | : | |
|     Defendant. | : | |

## **O R D E R**

AND NOW, this      day of March, 2003, it having been reported that the issues between the parties in this matter have been settled, and pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure, it is hereby **ORDERED** that this matter is DISMISSED with prejudice. It is further **ORDERED** that all pending motions are **DENIED** as moot. The Clerk of Court is directed to statistically close this matter.

**BY THE COURT**:


Legrome D. Davis, Judge